IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDY LEE JOHNSON     PLAINTIFF

VERSUS     CIVIL ACTION NO. 5:05cv221DCB-JCS

ALLEN DERIVAUX, LAWRENCE LEYENS,
TOMMY MOFFET, AND BUBBA LAWLER     DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 25th day of April, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE